UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LAURIE MORGAN,

    Plaintiff,

v.

OKANOGAN BEHAVIORAL HEALTH-CARE, a Washington corporation, d/b/a OKANOGAN BEHAVIORAL HEALTHCARE AND MEDICAL CLINIC, and ROGER BAUER,

    Defendants.

NO. CV-08-126-RHW

**ORDER GRANTING STIPULATION OF DISMISSAL**

Before the Court is the parties' Stipulation and Order of Dismissal (Ct. Rec. 3). The motion was heard without oral argument. The parties ask that all claims against all parties be dismissed with prejudice and without costs or attorney's fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and [Proposed] Order of Dismissal (Ct. Rec. 3) is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without award of costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 9th day of June, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2008\Morgan.stip.dismiss.ord.wpd

ORDER GRANTING STIPULATION OF DISMISSAL * 1